■ In the Matter of GLENN L. COLEMAN, Appellant, v ATTORNEY-GENERAL, Respondent. [648 NYS2d 391] —Motion for permission to proceed as a poor person denied. Memorandum: Petitioner has failed to demonstrate a meritorious appeal (*see*, CPLR 1101 [a]). No ground for a CPLR article 78 proceeding against the Attorney-General is offered. Petitioner has not served the Jefferson County Attorney as required by CPLR

1101 (c) and this Court's May 28, 1996 order. Present—Green, J. P., Pine, Wesley, Davis and Balio, JJ.